360 A.2d 671
Finnegan v. Greenstein, Appellant.

Argued June 21, 1976.   James M. Marsh, with him Walter J. Timby, Jr., and LaBrum and Doak, for appellant;  Bernard Edelson, with him Caine, DiPasqua, Edelson & Patterson, for appellee.

Judgment affirmed.

360 A.2d 625
Gill v. Gill, Appellant.

Argued June 18, 1976.   John H Gill, appellant, *in propria persona*;  Phillip H. Baer, for appellee.

Order affirmed.